# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

## THE UNITED STATES OF AMERICA

### vs

## ARMANDO TRUJILLO

FILED
JAN 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

CR 20 00028

# INDICTMENT

COUNT ONE:    18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

CR 20 00028



*A true bill.*

_____
*Foreperson*

Filed in open court this __23__ day of __JAN__ A.D. 202_0_

_____
*United States Magistrate Judge*

**Bail. $** _no bail arrest warrant_

DAVID L. ANDERSON (CABN 149604)
United States Attorney

**FILED**
JAN 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20 00028 |
| Plaintiff, | VIOLATION: |
| v. | 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; |
| ARMANDO TRUJILLO, | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about November 16, 2019, in the Northern District of California, the defendant,

ARMANDO TRUJILLO,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Hi-Point Model CF380 semi-automatic handgun bearing serial number P8099292, loaded with ammunition, namely, seven rounds of .380 caliber ammunition, and the firearm and ammunition were in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

//

INDICTMENT

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

ARMANDO TRUJILLO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in any knowing commission of the offense or intended to be used in the offense, including, but not limited to, the following property:

  a. A Hi-Point Model CF380 semi-automatic handgun bearing serial number P8099292;
  b. A magazine for the Hi-Point Model CF380 handgun; and
  c. Seven rounds of .380 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:

1/23/2020

A TRUE BILL.

FOREPERSON

DAVID L. ANDERSON
United States Attorney

JIMMY T. DOAN
Special Assistant United States Attorney

INDICTMENT                2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Maximum Prison: 10 years
- Maximum Fine: $250,000
- Maximum Supervised Release: 3 years
- Potential Forfeiture
- Special Assessment Fee: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ Armando Trujillo

DISTRICT COURT NUMBER
CR 20 00028 EJD

FILED JAN 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE
NC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☒ person is awaiting trial in another Federal or State Court, give name of court
Superior Court of California, County of Santa Clara

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAUSA Jimmy Doan

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Superior Court of California, County of Santa Clara

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 11/16/2019
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments: